**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BENJAMIN L. ANDERSON, | ) | NO. ED CV 17-2431-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DAVITA MORENO VALLEY, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 22, 2018.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE